■ Rose Stabiner et al., and All Other Owners Similarly Affected Who May Desire to Join Herein, Respondents, v. Anthony Daniele et al., Appellants.— In an action for judgment declaring the existence of a prescriptive easement of access over land which intervenes between a driveway common to owners of a row of attached dwellings with rear garages and a street, and for removal of the obstruction of such passageway, the defendants appeal from so much of a judgment of the Supreme Court, Kings County, entered June 25, 1958, after trial before a Special Referee, as declares that plaintiffs have acquired such easement, as directs defendants to remove a fence, as enjoins defendants from interfering with the use of such easement, and as directs the Register of the City of New York to record the judgment. Judgment insofar as appealed from affirmed, without costs. No opinion. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ University Gardens Property Owners Association, Inc., Respondent, v. University Gardens Corporation et al., Appellants.— In an action to enjoin defendants from erecting an undertaking establishment on certain described property, the defendants appeal from a judgment of the Supreme Court, Nassau County, made July 14, 1959, after trial, which granted the injunction on the ground that the contemplated business violates a restrictive covenant against " offensive" businesses. Judgment affirmed, with costs. (Rowland v. Miller, 139 N. Y. 93.) Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur. [21 Misc 2d 243.]

■ Jerome Zadan, Appellant, v. Eddie T. Hall, Respondent.— In an action upon a promissory note, signed by defendant as the maker and by plaintiff as the comaker, the plaintiff appeals from an order of the County Court, Dutchess County, dated November 28, 1958, denying his motion for summary judgment striking out the answer. Defendant alleged that the note in suit eventuated from two underlying contracts between the parties; that such contracts were induced by plaintiff's fraud; and that the plaintiff was not a holder in due course of the instrument for which no consideration had been given. Order affirmed, with $10 costs and disbursements. In our opinion, triable issues of fact precluded the granting of plaintiff's motion for summary judgment. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

## (May 24, 1960)

■ In the Matter of Patrick Murray, an Infant, Appellant, against Domestic Relations Court of the City of New York, Respondent.— Motion to extend time granted on condition that appellant be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ Morris Lorberblatt, Appellant, v. David A. Gerst et al., Respondents. —Motion to amend the record on appeal granted. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.